## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| BRAVE MARITIME CORPORATION, INC. <br> Apollon Business Center <br> 331 Kifissias Avenue <br> Athens, Greece <br><br> Plaintiff <br><br> v. <br><br> GLOBAL MARKETING SYSTEMS, INC. <br> 821 Bishop Walsh Road <br> Cumberland, Maryland 21502 <br><br> Defendant | * <br> * <br> * <br> * <br> * Civil Action No.: 1:15-cv-01501 <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**BRAVE MARITIME CORPORATION, INC.'S**
**LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST**

Plaintiff, Brave Maritime Corporation, Inc. ("Brave Maritime"), by its undersigned counsel, pursuant to Local Rule 103.3 and Rule 7.1 of the Federal Rule of Civil Procedure, hereby files its Disclosure of Corporate Interest and states as follows:

1. No entity is a parent or affiliate of Brave Maritime.

2. No corporation, unincorporated association, partnership, or other business entity, not a party to the case, has a financial interest whatsoever in the outcome of the litigation.

3. No parent corporation or publicly held corporation owns 10% or more of Brave Maritime's stock.

Respectfully submitted,

/s/ Imran O. Shaukat
Alexander M. Giles, Esquire
Federal Bar Number 25474
Imran O. Shaukat, Esquire
Federal Bar Number 30134
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Phone: (410) 539-5040
Facsimile: (410) 539-5223
agiles@semmes.com
ishaukat@semmes.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2015, the foregoing Disclosure of Corporate Interest was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Imran O. Shaukat
Imran O. Shaukat

B1624500.DOCX